873  STERLING vs. CIRCUIT JUDGE (Wayne), No. 14162½.

To grant a new trial on the ground that the verdict was contrary to the weight of evidence.

Order to show cause denied May 2, 1894.

874  HICKS vs. CIRCUIT JUDGE (Wayne), No. 14061½.

To grant a new trial.

Order to show cause denied March 7, 1894, on the ground that the errors complained of are matters of record and relator's remedy is by appeal.

875  POTVIN vs. CIRCUIT JUDGE (Alpena), No. 15691½.

To compel respondent to set aside a verdict, grant a new trial and receive testimony offered under defendant's notice, the court having ruled that the matters set up in the notice, if shown, did not constitute a valid defense to the note sued upon.

Order to show cause denied July 1, 1896.